| | |
|---|---|
| 1 | EDWARD D. TOTINO (SBN 169237) |
| 2 | MONICA DOURNAEE (SBN 268109) |
|   | **DLA PIPER LLP (US)** |
| 3 | 1999 Avenue of the Stars, Suite 400 |
|   | Los Angeles, California  90067-6023 |
| 4 | Tel: 310.595.3000 |
|   | Fax: 310.595.3300 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | E*TRADE SECURITIES LLC |

ORIGINAL FILED

MAY 24 2011

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| WILLIAM BRIDGE, JR. and MICHELE PROFANT, | CASE NO. C11-02521 MEJ |
| Plaintiffs, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B)** |
| v. | |
| E*TRADE SECURITIES LLC; PACIFIC INVESTMENT MANAGEMENT COMPANY LLC; and DOES 1-10, INCLUSIVE, | ADR |
| Defendants. | |

DLA PIPER LLP (US)
LOS ANGELES

WEST\223470019.1

NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant E*Trade Securities LLC ("E*TRADE") hereby removes to this Court the action originally filed in the Superior Court of California in the County of Alameda. The grounds for this removal are set forth below.

On March 1, 2011, Plaintiffs William Bridge, Jr. and Michele Profant ("Plaintiffs") commenced an action in the Superior Court of the State of California for the County of Alameda, entitled *William Bridge, Jr. and Michele Profant v. E*Trade Securities LLC, et al.*, Case Number RG11563509, against Defendants E*TRADE and Pacific Investment Management Company, LLC ("PIMCO"). *See* State Court File, Complaint, attached hereto as Exhibit "A," at pages 5-6. PIMCO was a corporation with its principal place of business located in California. Therefore, there was no complete diversity between the parties when the case was filed.

On May 12, 2011, Plaintiffs' voluntarily dismissed PIMCO. Also on May 12, 2011, the Court entered PIMCO's dismissal. *See* Entry of Dismissal, Exhibit A at pages 32-33. The dismissal of PIMCO from this case created complete diversity between the parties.

E*TRADE filed a Demurrer to Plaintiffs' Complaint on May 17, 2010. Because the dismissal of PIMCO created complete diversity among the parties to this action, E*TRADE now removes this action to this Court.

I. **THIS COURT HAS JURISDICTION PURSUANT TO 28 U.S.C. § 1332(A).**

This action is a civil action arising out of a securities brokerage relationship between Plaintiffs and E*TRADE. The Court has original jurisdiction of this action under 28 U.S.C. § 1332, and this action is one which may be removed to this Court by E*TRADE pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a

civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

### A. There Is Complete Diversity of Citizenship Between Plaintiffs and E*TRADE.

A case is removable on diversity grounds if there is complete diversity between plaintiffs and defendants and no defendant is a citizen of the state in which the action was brought. 28 U.S.C. § 1441(b). Complete diversity of citizenship exists here between E*TRADE and Plaintiffs.

Plaintiff William Bridge, Jr., is an individual and he alleges that he resides in the County of Alameda, State of California. (Complaint, ¶ 1.) Accordingly, Plaintiff is a citizen of California.

Plaintiff Michele Profant, is an individual and she alleges that she resides in the County of Alameda, State of California. (Complaint, ¶ 1.) Accordingly, Plaintiff is also a citizen of California.

E*TRADE is a limited liability company. The citizenship of a limited liability company is determined by the citizenship of each of its members. *Johnson v. Columbia Properties Anchorage, L.P.*, 437 F.3d 894, 899 (9th Cir. 2006). A limited liability company is not a citizen of the State in which it was organized. *TPS Utilicom Serv., Inc. v. AT&T Corp.*, 223 F. Supp. 2d 1089 (C.D. Cal. 2002).

The sole member of E*TRADE is E*TRADE Bank ("E*TRADE Bank"), a federally-chartered savings institution. E*TRADE Bank, as a federally-chartered savings institution, is a citizen of only the State in which it has its home office. 12 U.S.C. §1464(x); *see also Rivera v. Wachovia Bank*, No. 09CV0433, 2009 WL 1396403 at *2 (S.D. Cal. May 18, 2009). E*TRADE Bank's home office is located in Arlington, Virginia. Therefore, at the time of the filing of this action and this removal, E*TRADE was and is a citizen of Virginia.

E*TRADE is not a citizen of California, where the state action is pending. 28 U.S.C. § 1441(b).

### B. The Amount In Controversy Exceeds $75,000.

While E*TRADE disputes Plaintiffs' damages allegations, the amount in controversy requirement is satisfied because Plaintiffs seeks relief in excess of $250,000, exclusive of interest and costs, as alleged in the Complaint. *See* Complaint, Prayer § 3; 28 U.S.C. § 1332(a).

### II. THIS NOTICE OF REMOVAL IS TIMELY FILED.

This notice of removal is timely pursuant to 28 U.S.C. sections 1446(b) and 1453(b), because it is filed within thirty (30) days after the voluntarily dismissal by Plaintiffs of PIMCO. PIMCO, as a citizen of California, prevented removal until its dismissal was entered by the Court on May 12, 2011.

Pursuant to 28 U.S.C. section 1446(d), E*TRADE is filing a copy of the Notice of Removal with the Superior Court of California in the County of Alameda and serving Plaintiffs with same. A copy of the Notice to the Superior Court and to Plaintiffs is attached hereto as Exhibit "B" (without accompanying exhibits).

Dated: May 24, 2011

Respectfully submitted

**DLA PIPER LLP (US)**

By /s/ Monica
EDWARD D. TOTINO
MONICA N. DOURNAEE
Attorneys for Defendant
E*TRADE SECURITIES LLC