Daniel T. Bernhard (CSB# 104229)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
Email: bernhard@freelandlaw.com

Attorneys for Plaintiffs
William Bridge, Jr., and Michele Profant.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRIDGE, JR., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES LLC, et al.,<br><br>　　　　Defendants. | CASE NO.: C11-2521 EMC<br><br>[Proposed] ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT; and DEFENDANT'S RESPONSE THERETO |

Having considered the parties Stipulation Re: Filing of First Amended Complaint, pursuant to Rule 15(a)(20 of the Federal Rules of Civil Procedure, in the form attached as Exhibit "A" thereto, and good cause appearing,

It is hereby ORDERED that Plaintiffs shall have leave to file their First Amended Complaint herein. It is further ORDERED that Defendant E*Trade Securities LLC shall have thirty (30) days to file a response to the First Amended Complaint from the date that it is filed.

Dated: 8/15, 2011

The Honorable Edward M. Chen

United States District



ORDER GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT
Case No. C11-2521 EMC

{00152944-1}