Daniel T. Bernhard (CSB# 104229)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
Email: bernhard@freelandlaw.com

Attorneys for Plaintiffs
William Bridge, Jr., and Michele L Profant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRIDGE, JR., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES LLC, et al.,<br><br>    Defendants. | CASE NO.: C11-02521 EMC<br><br>*[Assigned to the Hon. Edward M. Chen]*<br><br>**NOTICE OF PENDING SETTLEMENT**<br>ORDER RESETTING CMC<br>Complaint Filed: March 1, 2011<br>First Amended Complaint: August 17, 2011 |

Plaintiffs William Bridge and Michele Profant ("Plaintiffs") hereby advise the Court that they have reached agreement with Defendant E*TRADE Securities LLC on all terms of a settlement of all claims in this pending action. Plaintiffs and Defendant are presently finalizing the documentation of the settlement, which will resolve all issues in this action and will result in Plaintiffs seeking a dismissal with prejudice of the First Amended Complaint herein. Plaintiffs anticipate that the settlement will be finalized and complete with all parties executing the required documentation no later than January 31, 2012.

Accordingly, Plaintiffs request that all matters now pending before this Court be continued until after January 31, 2012 to permit complete execution of the settlement by all necessary parties.

///

///

///

1   Plaintiffs will promptly notify the Court when the formalities of the settlement are final.

Respectfully submitted,

Dated: January 6, 2012                FREELAND COOPER & FOREMAN LLP


By:    _/s/_____
       DANIEL T. BERNHARD
       Attorneys for Plaintiffs
       William Bridge, Jr. and Michele L. Profant

IT IS SO ORDERED that the Further CMC is reset from 2/3/12 to 2/24/12 at 10:30 a.m.  An update Joint CMC Statement shall be filed by 2/17/12.  The 2/24/12 CMC will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2

NOTICE OF PENDING SETTLEMENT
Case No. C11-2521 EMC

{00158793}

**CERTIFICATE OF SERVICE**

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action; my business address is 150 Spear Street, Suite 1800, San Francisco, California 94105.

On January 6, 2012, I served the foregoing document described as follows:

**NOTICE OF SETTLEMENT**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the party(ies) of record whose name(s) and address(es) appear below:

> Edward D. Totino
> Monica Dournaee
> DLA Piper LLP (US)
> 2000 Avenue of the Stars, Suite 400, North Tower
> Los Angeles, CA 90067-4704

__X__ [BY MAIL - CCP § 1013a]  I caused such sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, for collection and mailing to the office of addressee(s) on the date shown herein following ordinary business practice.

____ [HAND-DELIVERY/Personal/Messenger - CCP § 1011]  I caused such envelope to be hand-delivered by a courier, who personally delivered such envelope to the office of the addressee(s) on the date herein.

____ [BY FACSIMILE - CCP § 1013(e)] - I caused such document(s) to be transmitted via facsimile electronic equipment transmission on the party(ies), whose name(s), address(es) and fax number(s) are listed above, on the date stated herein and at the time set forth on the attached transmission reported indicating that the facsimile transmission was complete and without error.

____ [BY FEDEX (Overnight Delivery) - CCP § 1013(c)]  I caused such envelope to be delivered to the Federal Express Office in San Francisco, California, with whom we have a direct billing account, to be delivered on the next business day.

____ [BY E-MAIL or ELECTRONIC TRANSMISSION] . Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

____ [STATE]  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ [FEDERAL] Service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to this cause.

Executed on January 6, 2012, at San Francisco, California.

_____
Joyce E. Johnson

CERTIFICATE OF SERVICE, CASE NO. C11-2521 EMC

{00158806}