1  EDWARD D. TOTINO (SBN 169237)
   MONICA DOURNAEE (SBN 268109)
2  **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
3  Suite 400, North Tower
   Los Angeles, California  90067-4704
4  Tel:  310.595.3000
   Fax: 310.595.3300
5
   Attorneys for Defendant
6  E*TRADE SECURITIES LLC

7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11  WILLIAM BRIDGE, JR. and            CASE NO.  C11-02521 EMC
    MICHELE PROFANT,
12                                     *[Assigned to the Hon. Edward M. Chen]*
            Plaintiffs,
13                                     **NOTICE OF ERRATA RE NOTICE
            v.                         OF MOTION AND MOTION FOR
14                                     PARTIAL SUMMARY JUDGMENT
    E*TRADE SECURITIES LLC;            PURSUANT TO FEDERAL RULE
15  PACIFIC INVESTMENT                 OF CIVIL PROCEDURE 56**
    MANAGEMENT COMPANY LLC;
16  and DOES 1-10, INCLUSIVE,          Date:      April 6, 2012
                                       Time:      1:30 pm
17          Defendants.                Place:     Courtroom 5

18                                     Complaint Filed:   March 1, 2011
                                       FAC Filed:         August 17, 2011
19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)    WEST\223470030.1                          CASE NO. C11-02521 EMC
  LOS ANGELES
                 **NOTICE OF ERRATA RE NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY
                 JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56**

1    **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**

2    **RECORD:**

3        **PLEASE TAKE NOTICE THAT** Defendant E*Trade Securities LLC's

4    Notice of Motion and Motion for Partial Summary Judgment Pursuant to Federal

5    Rule of Civil Procedure 56 ("Notice"), previously filed with the Court, was

6    incomplete.  Attached hereto is a correct and complete copy of said Notice.

7

8    Dated:  February 22, 2012          **DLA PIPER LLP (US)**

9

10                                      By  /s/ Monica N. Dournaee
                                            EDWARD D. TOTINO
11                                          MONICA N. DOURNAEE
                                            Attorneys for Defendant
12                                          E*TRADE SECURITIES LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  EDWARD D. TOTINO (SBN 169237)
   MONICA DOURNAEE (SBN 268109)
2  **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
3  Suite 400, North Tower
   Los Angeles, California  90067-4704
4  Tel:  310.595.3000
   Fax: 310.595.3300
5
   Attorneys for Defendant
6  E*TRADE SECURITIES LLC

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 WILLIAM BRIDGE, JR. and              CASE NO.  C11-02521 EMC
   MICHELE PROFANT,
12                                       *[Assigned to the Hon. Edward M. Chen]*
                 Plaintiffs,
13                                       **DEFENDANT E*TRADE
           v.                            SECURITIES LLC'S NOTICE OF
14                                       MOTION AND MOTION FOR
                                         PARTIAL SUMMARY JUDGMENT
15 E*TRADE SECURITIES LLC;               PURSUANT TO FEDERAL RULE
   PACIFIC INVESTMENT                    OF CIVIL PROCEDURE 56**
   MANAGEMENT COMPANY LLC;
16 and DOES 1-10, INCLUSIVE,             [*Filed concurrently with Memorandum
                                         of Points and Authorities, Declaration of
17               Defendants.             Monica N. Dournaee, Declaration of
                                         Carl Hartmann and [Proposed] Order*]
18
                                         Date:      April 6, 2012
19                                       Time:      1:30 p.m.
                                         Place:     Courtroom 5
20

21
                                         Complaint Filed:    March 1, 2011
22                                       FAC Filed:          August 17, 2011

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 6, 2012, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 5 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, Defendant E*TRADE SECURITIES LLC ("E*TRADE") will and hereby does move this Court pursuant Rule 56 of the Federal Rules of Civil Procedure for Partial Summary Judgment.

E*TRADE is entitled to partial summary judgment on the following issue:

E*TRADE is entitled to partial summary judgment on the issue of whether E*TRADE employee Mr. Carl Hartmann recommended or made any representations to Plaintiffs in connection with their purchase of Auction Rate Securities ("ARS") underlying this action or placed the order for the ARS purchased by Plaintiffs.  The undisputed facts show that Mr. Hartmann neither recommended, made any recommendations regarding, nor sold the ARS at issue to Plaintiffs.

E*TRADE brings this motion so that it can obtain factual findings from the Court that would support expunging the dispute with Plaintiffs from Mr. Hartmann's FINRA Central Registration Depository ("CRD") records. E*TRADE requests that the Court find as follows:  (1) the allegations against Mr. Hartmann are clearly erroneous and (2) that Mr. Hartmann was not involved in the alleged investment related sales practice violation complained of by Plaintiffs.

//

//

//

WEST\228809006.2                                    -1-                    CASE NO. C11-02521 EMC

DEFENDANT E*TRADE SECURITIES LLC'S NOTICE OF MOTION
AND MOTION FOR PARTIAL SUMMARY JUDGMENT

1    E*TRADE's Motion is based upon this Notice of Motion and the

2  Memorandum of Points and Authorities filed concurrently herewith, the

3  declarations of Monica N. Dournaee and Carl Hartmann, and all pleadings and

4  papers on file with the Court in this action, all judicially noticeable facts, and upon

5  such oral and written evidence as may be presented at the hearing of this Motion.

6

7  Dated:  February 22, 2012                    **DLA PIPER LLP (US)**

8

9                                               By  /s/ Monica N. Dournaee
                                                    EDWARD D. TOTINO
10                                                  MONICA N. DOURNAEE
                                                    Attorneys for Defendant
11                                                  E*TRADE SECURITIES LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEST\228809006.2                              -2-

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, California 90067.

On February 22, 2012, I served the foregoing document(s) described as:

**DEFENDANT E\*TRADE SECURITIES LLC'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as stated below.

Daniel T. Bernhard, Esq.                              *Attorneys for Plaintiffs*
FREELAND COOPER & FOREMAN LLP         *WILLIAM BRIDGE, JR., and*
150 Spear Street, Suite 1800                       *MICHELE PROFANT*
San Francisco, CA  94105
Tel:   (415) 541-0200
Fax:   (415) 495-4332
E-mail:  bernhard@freelandlaw.com

☒   **(BY ELECTRONIC SERVICE VIA ECF FILING)**  The document was served when electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐   **(BY MAIL)**  The envelope was mailed with postage thereon fully prepaid. As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **(BY FACSIMILE)**  I delivered such document by facsimile to the following persons at the facsimile telephone numbers listed above.

☐   **(BY HAND DELIVERY)**  I delivered the within documents to Legal Support Unlimited for delivery to the above address(es) with instructions that such envelope be delivered personally on February 22, 2012 to the above named individuals.

☐   **(BY OVERNIGHT MAIL)**  I am readily familiar with the firm's practice of collection and processing correspondence for mailing with an overnight courier service.  Under that practice it would be deposited with said overnight courier service on that same day with delivery charges thereon billed to sender's account, at Los Angeles, California in the ordinary course

WEST\223511794.1

of business.  The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☐    **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 22, 2012, at Los Angeles, California.

Ann Lozinski
[Print Name Of Person Executing Proof]        [Signature]

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, California 90067.

On February 22, 2012, I served the foregoing document(s) described as:

**NOTICE OF ERRATA RE NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as stated below.

Daniel T. Bernhard, Esq.                    *Attorneys for Plaintiffs*
FREELAND COOPER & FOREMAN LLP   *WILLIAM BRIDGE, JR., and*
150 Spear Street, Suite 1800            *MICHELE PROFANT*
San Francisco, CA  94105
Tel:    (415) 541-0200
Fax:    (415) 495-4332
E-mail:  bernhard@freelandlaw.com

☒   **(BY ELECTRONIC SERVICE VIA ECF FILING)**  The document was served when electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐   **(BY MAIL)**  The envelope was mailed with postage thereon fully prepaid. As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **(BY FACSIMILE)**  I delivered such document by facsimile to the following persons at the facsimile telephone numbers listed above.

☐   **(BY HAND DELIVERY)**  I delivered the within documents to Legal Support Unlimited for delivery to the above address(es) with instructions that such envelope be delivered personally on February 22, 2012 to the above named individuals.

☐   **(BY OVERNIGHT MAIL)**  I am readily familiar with the firm's practice of collection and processing correspondence for mailing with an overnight courier service.  Under that practice it would be deposited with said overnight courier service on that same day with delivery charges thereon billed to sender's account, at Los Angeles, California in the ordinary course

WEST\223511794.1

1   of business.  The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

2

☐   **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

3

4   ☒   **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

5

Executed on February 22, 2012, at Los Angeles, California.

6

7   Ann Lozinski
[Print Name Of Person Executing Proof]        [Signature]

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28