# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRIDGE, JR. and MICHELE PROFANT,<br><br>Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES LLC; PACIFIC INVESTMENT MANAGEMENT COMPANY LLC; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO. C11-02521 EMC<br><br>*[Assigned to the Hon. Edward M. Chen]*<br><br>**[PROPOSED] ORDER REGARDING RESOLUTION OF E*TRADE SECURITIES LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Complaint Filed: March 1, 2011<br>FAC Filed: August 17, 2011 |

CASE NO. C11-02521 EMC

1 Having reviewed the Stipulation Regarding the Resolution of E*TRADE
2 SECURITIES LLC'S Motion for Partial Summary Judgment ("Motion") filed by
3 Plaintiffs WILLIAM BRIDGE, JR. and MICHELE PROFANT and Defendant
4 E*TRADE SECURITIES LLC'S ("E*TRADE), and good cause having been
5 shown, it is ORDERED that:

6     1.    Plaintiffs do not oppose E*TRADE's Motion;

7     2.    The Court may enter the order sought by E*TRADE and that the relief
8 sought in E*TRADE's Motion will have no detrimental effect on Plaintiffs; and

9     3.    The judicial findings requested by E*TRADE via the Motion will be
10 used only in obtaining expungement and seeking a waiver of the obligation to name
11 FINRA as a party to the expungement proceedings.

12 IT IS SO ORDERED.

13 Dated: 2/29/12

14 Edward M. Chen
15 United States District Judge



-1-     CASE NO. C11-02521 EMC

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, California 90067.

On February 28, 2012, I served the foregoing document(s) described as:

**[PROPOSED] ORDER REGARDING RESOLUTION OF E*TRADE SECURITIES LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as stated below.

Daniel T. Bernhard, Esq.  *Attorneys for Plaintiffs*
FREELAND COOPER & FOREMAN LLP  *WILLIAM BRIDGE, JR., and*
150 Spear Street, Suite 1800  *MICHELE PROFANT*
San Francisco, CA 94105
Tel: (415) 541-0200
Fax: (415) 495-4332
E-mail: bernhard@freelandlaw.com

☒ **(BY ELECTRONIC SERVICE VIA ECF FILING)** The document was served when electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **(BY MAIL)** The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE)** I delivered such document by facsimile to the following persons at the facsimile telephone numbers listed above.

☐ **(BY HAND DELIVERY)** I delivered the within documents to Legal Support Unlimited for delivery to the above address(es) with instructions that such envelope be delivered personally on February 28, 2012 to the above named individuals.

☐ **(BY OVERNIGHT MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with an overnight courier service. Under that practice it would be deposited with said overnight courier service on that same day with delivery charges thereon billed to sender's account, at Los Angeles, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

WEST\223511794.1

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 28, 2012, at Los Angeles, California.

Ann Lozinski                                           [Signature] /s/ Ann Lozinski
[Print Name Of Person Executing Proof]

WEST\223511794.1