# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRIDGE, JR. and MICHELE PROFANT,<br><br>Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES LLC; PACIFIC INVESTMENT MANAGEMENT COMPANY LLC; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO. C11-02521 EMC<br><br>*[Assigned to the Hon. Edward M. Chen]*<br><br>**[PROPOSED] ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Complaint Filed: March 1, 2011<br>FAC Filed: August 17, 2011 |

WEST\237594513.1

CASE NO. C11-02521 EMC

1  Having reviewed the Stipulation To Dismiss Action Pursuant to Federal Rule of Civil Procedure 41 filed by Plaintiffs WILLIAM BRIDGE, JR. and MICHELE PROFANT and Defendant E*TRADE SECURITIES LLC'S, and good cause having been shown, it is ORDERED that:

1. The above-captioned action is dismissed with prejudice and with each party bearing its own costs, including attorneys fees.

IT IS SO ORDERED.

Dated: 8/16/12

Edward M. Chen
United States District Judge

*IT IS SO ORDERED / Judge Edward M. Chen*

WEST\237594513.1 -1- CASE NO. C11-02521 EMC